UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WELLS FARGO BANK NA,

        Plaintiff,

-vs-                                          Case No. 6:11-cv-1891-Orl-18GJK

JOHN FORSYTHE, et. al.,

        Defendants.

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT:

    This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| MOTION: | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Doc. No. 2) |
| FILED: | November 28, 2011 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

    On March 26, 2009, Plaintiff, Wells Fargo Bank, filed a complaint against Defendant, John Forsythe, seeking mortgage foreclosure and re-establishment of a lost note in the Ninth Judicial Circuit Court located in Orange County, Florida. Doc. No. 3.[1] On November 19, 2009, the Ninth Judicial Circuit Court entered final summary judgment in favor of Plaintiff for $330,112.26 and scheduled a judicial sale of the property for January 7, 2010. Doc. Nos. 1-2 at

---

[1] Plaintiff voluntarily dismissed the re-establishment of a lost note count. Doc. No. 1-2 at 24.